UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| BOARD OF EDUCATION OF FAYETTE COUNTY, KENTUCKY, | CIVIL ACTION NO. 5:13-376-KKC |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| Z.B., et al., | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the motion of the Plaintiff, Board of Education of Fayette County, Kentucky, pursuant to Federal Rule of Civil Procedure 41(a)(2), for the voluntary dismissal of this matter with prejudice. The Plaintiff has informed the Court of the resolution of the claims in this matter between the real parties in interest. There are no counterclaims or crossclaims.

The Court being in all respects sufficient advised, it is hereby **ORDERED** that Plaintiff's motion, DE 26, is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Clerk shall **STRIKE** this case from the Court's active docket.

**SO ORDERED**.

Dated June 30, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY